# Etheridge v. Driver.

APPEAL from Lee Circuit Court.

Tried before the HON. J. M. CARMICHAEL.

J. L. KENNEDY and R. B. BARNES, for appellant.

GEO. P. HARRISON and A. E. BARNETT, for appellee.

This was an action brought by the appellee against the appellant; and counted upon two notes or bonds. There were jury and verdict for the plaintiff. The defendant appeals. The judgment is affirmed.

Opinion PER CURIAM.